ACCEPTED
01-15-00285-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 3:50:52 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00285-CV**

**IN THE**

**FIRST COURT OF APPEALS**

**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/24/2015 3:50:52 PM

CHRISTOPHER A. PRINE
Clerk

---

JACKIE ANDERSON, PATRICK COCKERHAM, DIANN BANKS, HERBERT LENTON, and MABLE CALEB,

Plaintiff-Appellants

v.

TERRY GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee

---

Appeal from the 164th Judicial District of Harris County;
Trial Court Cause No. 2010-21712 (Hon. Alexandra Smoots-Hogan)

---

**APPELLANTS' *CORRECTED* OPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF**

---

Laurence W. Watts
State Bar No. 20981000
P.O. Box 2214
Missouri City, Texas 77459
Tel (281) 431-1500
Fax (877) 797-4055
Email: wattstrial@gmail.com
**COUNSEL FOR PLAINTIFFS-APPELLANTS**

**No. 01-15-00285-CV**


**IN THE**

**FIRST COURT OF APPEALS**

**HOUSTON, TEXAS**

---

JACKIE ANDERSON, PATRICK COCKERHAM, DIANN BANKS, HERBERT LENTON, and MABLE CALEB,

Plaintiff-Appellants

v.

TERRY GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee

---

**APPELLANTS' *CORRECTED* OPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF**

---

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Come Now the Plaintiff-Appellants Jackie Anderson, Patrick Cockerham, Diann Banks, Herbert Lenton, and Mable Caleb, (hereafter referred to collectively as "Appellants"), and file this their Opposed Second Motion for Extension of Time to File the Appellants' Brief, and for cause would respectfully show the following:

## I.

1. Appellants brought this suit against Defendant-Appellee, Doctor Terry Grier, Superintendent of Houston Independent School District (hereafter referred to as "Appellee").

2. On February 27, 2015, the trial court signed an order granting Appellee's Plea to the Jurisdiction and dismissing the Appellants' claims.

3. Appellants timely filed their Notice of Appeal to this Court on March 25, 2015.

## II.

4. The original deadline for filing Appellants' brief was August 19, 2015; however, for a number of reasons, and due to no fault of the Appellants themselves, the Appellants' brief was not timely filed.

5. Appellants filed an unopposed motion for leave to file out of time and for extension of time to file the Appellants' brief. The Court granted the Motion and extended the time for filing Appellants' brief until September 25, 2015.

6. Appellants respectfully request a second extension of time by twenty-one (21) days until October 16, 2015, to file their brief, and for exigent and necessary reasons, to wit:

    a. On September 2, 2015, Appellant's counsel was admitted to Methodist Hospital-Sugar Land because of a cardiac sinus rhythm

relapse.

b.  Appellants' counsel was released from the hospital on September 5, 2015, and returned to full duties and responsibilities on September 7, 2015.

c.  The relapse was immediately treated with a medicine requiring "license administrator/physician" and a "licensed hospital", pending an atrial ablation "pre-op" scheduled for on September 25, 2015, and procedure scheduled for October 2, 2015 (originally scheduled for October 6, 2015).

d.  As a result, Appellant's counsel has been medically restricted from any travel outside of Harris County (Houston) area or any activities involving substantial stress pending these procedures. (*See* Exhibit 1, Letter, Dr. Gopi Shah, M.D.)

e.  Then, on September 17, 2015, the spouse of Appellants' counsel was transported by ambulance to and admitted by Methodist Hospital Sugar Land, Heart Center, through September 18, 2015, accompanied by Appellants' counsel, who has been caring for his wife.

f.  Appellants' counsel, medically restricted from travelling outside of Harris County (Houston), was compelled to appear electronically

4

from his office for previously scheduled depositions in Wichita Falls, Texas, on September 21, 22 (from 9:00 a.m. through after 5:00 p.m.), and September 23, 2015 (from 9:00 a.m. through 4:00 p.m.). (*Amaryllis Mitchell v. Texas Department of Criminal Justice*; Cause No. 180032a; in the 30th Judicial District Court, Wichita County, Texas.)

g. In addition, Appellants' counsel was obtaining a temporary restraining order (issued September 17, 2015) and preparing for the hearing on a temporary injunction in Beaumont, Texas, on September 23, 2015, in the matter of *Ella Johnston-Leger v. City of China*; Cause No. E197561; in the 172nd Judicial District Court. Jefferson County, Texas.[1]

h. Furthermore, Appellants' counsel is simultaneously preparing appellate briefs in two other cases that are due on September 24 and 25, 2014, and for which Appellants' counsel will also be requesting extensions of time due to his medical appointments, including: the appellant's brief to the United States Court of Appeals for the Fifth

---

[1] Appellants' counsel, unable to personally attend per his doctor's orders, prepared his newly hired associate attorney to attend the hearing, and necessarily accompanied by another attorney. Appellants' counsel has recently hired new attorneys and support staff who are in the process of being trained, and this has contributed to the need for extensions of time.

Circuit in *Mable Caleb v. Terry Grier, et al.*, Case No. 15-20297 (a ten (10) day extension will be requested); and the appellant's brief due to the Texas Court of Appeals for the Ninth District in *Cynthia Jackson v. Port Arthur Independent School District, et al.*; No. 09-15-00227-CV (a thirty (30) day extension will be requested).

i. Within the past two weeks, Appellants' counsel has also prepared the appellant's brief to the United States Court of Appeals for the Fifth Circuit in *Eric Heilman v. Jefferson County, et al.*, Case No. 15-40010, which was filed on September 13, 2015.

j. Prior to that, Appellants' counsel was preparing the appellant's brief to this Court filed on August 31, 2015, with extensions of time, in *Brian Waterman v. McKinney Independent School District*; Case No. 15-40458.

7. Due to the briefing and scheduling obligations of Appellants' counsel in other matters, his serious and unanticipated medical and personal issues, and due to no fault of the Appellants themselves, additional time to review and adequately prepare Appellants' brief in this case is necessary.

### III. Conference

8. On September 22, 2015, Appellants' counsel conferred with opposing counsel of record, Mr. John Hopkins, who stated that the Appellees are opposed to

6

this Motion.

## CONCLUSION & PRAYER

9.      WHEREFORE, Appellants respectfully pray that the Honorable Court grant this Motion and a second extension of time to file the Appellants' brief by twenty-one (21) days, until and through October 16, 2015.

10.      This Motion is not made for delay alone but that justice be done.

Respectfully submitted,

WATTS & COMPANY LAWYERS, LTD.

/s/ *Larry Watts*
Laurence ("Larry") Watts
State Bar No. 20981000
P.O. Box 2214
Missouri City, Texas  77459
Tel (281) 431-1500
Fax (877) 797-4055
wattstrial@gmail.com

ATTORNEYS FOR PLAINTIFFS-APPELLANTS

# VERIFICATION

I, Larry Watts, hereby verify that any and all facts stated herein that are not contained in the record are true and correct based on my personal knowledge, under penalty of perjury.

<u>September 24, 2015</u>     <u>/s/ *Larry Watts*     </u>
**Date**          Laurence ("Larry") Watts

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September 2015, a true and correct copy of the foregoing document and attachments were served on opposing counsel(s) of record by e-service, if available, and/or by facsimile transmission, to:

Arturo Michel
amichel@thompsonhorton.com
John Hopkins
jhopkins@thompsonhorton.com
Thompson & Horton LP
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027

/s/ *Larry Watts*
Laurence ("Larry") Watts

# CERTIFICATE OF CONFERENCE

I, Larry Watts, hereby certify that on the 23rd day of September 2015, I conferred with opposing counsel of record, Mr. John Hopkins, who stated that Appellee opposes this Motion and requested extension of time to file Appellants' brief.

/s/ *Larry Watts*
Laurence ("Larry") Watts

# EXHIBIT 1



# INTERVENTIONAL CARDIOLOGY ASSOCIATES

Albert E. Raizner, M.D.

Clement A. DeFelice, M.D.

Gopi A. Shah, M.D.

Michael E. Raizner, M.D.

**Texas Medical Center Office**

Smith Tower

6550 Fannin, Suite 2021

Houston, TX 77030

**Methodist Sugar Land Office**

Medical Office Building Two

16659 Southwest Fwy, Ste 214

Sugar Land, TX 77479

Ph: (713) 790-9125

Fax: (713) 790-1802

September 10, 2015

To Whom It May Concern:
From: Gopi Shah, M.D.

**Re: Larry W. Watts**

Mr. Larry W. Watts has a significant medical history of two bypass procedures and serious cardiac rhythm issues. He has experienced atrial flutter on September 2, 2015 and was hospitalized on September 2, 2015-September 5, 2015 at Houston Methodist Hospital Sugarland. He is temporarily on medication pending admission for an atrial ablation by Dr. Tappan Rami. Consequently, he is not to engage in travel or activities, which would require him to be out of the Houston area or undergo any substantial stress for at least 5 days post pre ablation procedure.

Sincerely,

Gopi Shah, M.D.